| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:18-cv-04982-FB-JO |
| Cassandra Song individually and on behalf of all others similarly situated<br><br>                                        Plaintiff<br><br>         - against -<br><br><br>Kind LLC, Kind INC.<br><br>                                        Defendants | <br><br><br><br><br>Notice of Voluntary Dismissal<br>        with Prejudice |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated:   January 28, 2019

                                                                            Respectfully submitted,

                                                                            Sheehan & Associates, P.C.

                                                                            /s/Spencer Sheehan
                                                                            Spencer Sheehan
                                                                            EDNY Bar Number SS-8533
                                                                            505 Northern Blvd., Ste. 311
                                                                            Great Neck, NY 11021
                                                                            Tel:  (516) 303-0552
                                                                            Fax: (516) 234-7800
                                                                            spencer@spencersheehan.com

1:18-cv-04982-FB-JO
United States District Court
Eastern District of New York

Cassandra Song individually and on behalf of all others similarly situated

Plaintiff

- against -

Kind LLC, Kind INC.

Defendants

Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  January 28, 2019

/s/ Spencer Sheehan
Spencer Sheehan